UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**ROGER DALE BELCHER, JR.,**

    **Plaintiff,**

**v.**                                                    **Case No. 5:18cv240-TKW-MJF**

**RICK SCOTT, et al.,**

    **Defendants.**

_____/

## **O R D E R**

This case is before the Court based upon the magistrate judge's Report and Recommendation (Doc.15). No objections to the Report and Recommendation were filed. Having reviewed the Report and Recommendation, I find no clear error in the magistrate judge's determination that the amended complaint should be dismissed for lack of standing.

Accordingly, it is **ORDERED** that:

1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.     The amended complaint (Doc. 13) is **DISMISSED with prejudice**.

3.     The Clerk shall close the case file.

**DONE and ORDERED** this 9th day of September, 2019.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**